BROCK E. WHALEN (*pro hoc vice* TX 24049316)
Holland & Knight LLP
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701
Tel: 512- 647-4387
Fax: 512-472-7473
Brock.Whalen@hklaw.com

*Counsel for Plaintiff Key Meetings Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Key Meetings, Inc., <br><br> Plaintiff, <br><br> *v*. <br><br> United States of America, <br><br> Defendant. | Case No.: 3:25-cv-06520-WHO <br><br> [~~PROPOSED~~] ORDER |

Pursuant to the "Stipulated Request for Extension of Time for Plaintiff to File its Response to Defendant's Partial Motion to Dismiss, For Defendant to File its Reply to Plaintiff's Response, and to Reset the Partial Motion to Dismiss Hearing," filed by the parties, and for good cause shown, it is hereby ORDERED that: (1) the due date for Plaintiff to file a response to Defendant's Partial Motion to Dismiss is extended by 45 days from January 12, 2026, to February 26, 2026; (2) the due date for Defendant to file its reply to Plaintiff's response is extended from January 20, 2026, to March 27, 2026; and (3) the Order setting the hearing on Defendant's Partial Motion to Dismiss on February 25, 2026, is VACATED and such hearing ~~will be~~ is RESET ~~by further court order to a date after March 27, 2026~~ **to April 15, 2026 at 2:00 p.m**.

**IT IS SO ORDERED**.

Dated: January 7, 2026.

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Proposed Order
Case No: 3:25-cv-06520-WHO                1