BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-7548
Fax:             (202) 307-0054
E-mail:         Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| Key Meetings, Inc.,<br><br>        Plaintiff,<br><br>        *v.*<br><br>United States of America,<br><br>        Defendant. | Case No.: 3:25-cv-06520-WHO<br><br>**[~~PROPOSED~~] ORDER** |

Pursuant to the "Stipulated Request to Extend the United States' Reply Deadline in Support of the United States' Partial Motion to Dismiss Plaintiff's First Amended Complaint," filed by the parties, and for good cause shown, it is hereby ORDERED that the due date for the United States to file its reply to Key Meetings, Inc.'s opposition is EXENDED, from May 5, 2026, to May 7, 2026.

**IT IS SO ORDERED**.

Dated May 5, 2026:.

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Proposed Order                                    1